# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Karen G. Reightler**  
                Debtor(s)

**BK NO. 23-00202**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
16 Feb 2023, 17:20:04, EST


        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106  
        215-627-1322