| | |
|---|---|
| In re: | Case No. 23-00202-MJC |
| Karen G Reightler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 02, 2023 | Form ID: pdf010 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Korinny Sanchez, Claims Processor, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | Ofcr, Mnging or Gen Agent, or Agent, Authorized to Receive Service of Process, CACH, LLC, Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Karen G Reightler johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **KAREN G. REIGHTLER,** | : | Chapter 13 |
| Debtor(s), | : | |
| | | Case No. 5:23-bk-00202-MJC |
| **KAREN G. REIGHTLER,** | : | |
| Objector(s), | : | Objection to |
| v. | : | Proof of Claim |
| **CACH, LLC,** | : | |
| Claimant. | : | |

## ORDER SUSTAINING OBJECTION TO
## PROOF OF CLAIM NO. 1 OF CACH, LLC

Upon consideration of Debtor's Objection to Proof of Claim No. 1 of **CACH, LLC**, Dkt. # 25, it is hereby **ORDERED** that the Objection to Proof of Claim No. 1 be and is hereby **SUSTAINED**; and it is hereby **FURTHER ORDERED** that Proof of Claim No. 1 be and is hereby **DENIED** in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 2, 2023